No. 163. JOHN E. ROLLER, PLAINTIFF IN ERROR, *v.* CHARLES CATLETT, TRUSTEE. In error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted November 26, 1917. Decided December 10, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk* &c.

*Ry. Co.*, 228 U. S. 596, 600; *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. John E. Roller pro se. Mr. Rudolph Bumgardner* for defendant in error.